473 A.2d 690

Commonwealth v. Bowie, Appellant.

Submitted September 9, 1983. Stephen P. Gallagher, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.